# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHNATHAN ROBINS, | : No. 100 EM 2014 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COUNTY COURT JUDGE THE HONORABLE CHARLES J. CUNNINGHAM III, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.